Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Jack Kemp
Debtor

                                               Case No.: 03–49517–DHS
                                               Chapter 13

Jack Kemp
Plaintiff

v.

Washington Mutual Bank, F.A., a/k/a Washington Mutual
Home Loans, Inc.
Defendant

Adv. Proc. No. 08–01435–DHS                         Judge: Donald H. Steckroth

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on May 11, 2009, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 20
Order Of Dismissal/Settlement Of Defendant, Wells Fargo Home Mortgage, A/K/A Wells Fargo Bank N.A. . The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 5/11/2009 (tcw)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 11, 2009
JJW: tcw

                                                                  James J. Waldron
                                                                   Clerk