# MARK GOLDMAN
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
7 GLENWOOD AVENUE
SUITE 311B
EAST ORANGE, NEW JERSEY 07017
TELEPHONE: (973) 677-9000
TELEFAX:   (973) 676-0253

---------------

**MARK GOLDMAN**
Licensed to practice in New Jersey
and the Southern and Eastern Districts
of New York

**VIRGINIA E. FORTUNATO**
Licensed to practice in New Jersey

**DAVID G. BESLOW**
Licensed to practice in New Jersey
and the Southern and Eastern Districts
of New York

**HUDSON COUNTY OFFICE**
26 JOURNAL SQUARE
JERSEY CITY, N.J. 07306
TELEPHONE: (201) 659-6226
TELEFAX:  (973) 676-0253

**PASSAIC COUNTY OFFICE**
100 HAMILTON PLAZA
PATERSON, N.J. 07505
TELEPHONE: (973) 247-9445
TELEFAX:  (973) 676-0253

**PLEASE REPLY TO EAST ORANGE**

July 27, 2009

*Via Electronically*

Honorable Donald H. Steckroth
United States Bankruptcy Court
King Federal Building
50 Walnut Street - Third Floor
P.O. Box 1352
Newark, New Jersey   07101-1352

    Re:   Jack Kemp, Jr.
         Case No. 03-49517/DHS - Chapter 13

         Jack Kemp, Jr.
         v. Washington Mutual Bank, F.A., et al
         Adv. Pro. No. 08-01435/DHS

Dear Judge Steckroth:

    Please be advised that the Debtor/Plaintiff Jack Kemp, Jr., wishes to have the complaint dismissed as to the following Defendants in the above-referenced matter:

    (1)   Washington Mutual Bank, F.A., a/k/a Washington Mutual Home Loans, Inc.

    (2)   RCR Products and Services, as Agent for Wells Fargo Bank, N.A.

    Should Your Honor have any questions or concerns, please advise.

                            Respectfully,

                            VIRGINIA E. FORTUNATO

VEF:klts